# EXHIBIT 3

# U.S. Patent No. 6,362,822

*Fortnite, Robo Recall*

**Epic Games, Inc.
Exhibit 3**

| Claim 1 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| [1.1] A shadow rendering method for use in a computer system, the method comprising the steps of: | On information and belief, *Fortnite* uses Unreal Engine 4:<br><br>Everyone on the Fortnite team is working hard to make Fortnite the best game it can be, which is why we were excited to talk with Game Informer! But, without Unreal Engine 4, we could never make the game we are making today. I started as a programmer on Fortnite before we moved to UE4, and it's been fascinating to see both the engine and game evolve over time. From the challenges we've been through, I know that UE4 is perfect if you want to make a game that's innovative, mechanically deep, and stylish. How do I know?<br><br>As a programmer, I'm most excited about the less-obvious but critical improvements deep inside UE4. The focus on C++ development and the usability of system libraries makes it easy to write high-performance code that works on nearly all platforms. The improvements to the modularity of the engine and extensibility of core systems make it possible to build drastically different games without having to resort to dirty hacks. We couldn't have made a game that's as varied, stable, or efficient as Fortnite without UE4.<br><br>https://www.unrealengine.com/zh-CN/blog/building-fortnite-with-unreal-engine-4?lang=zh-CN<br><br>On information and belief, *Robo Recall* uses Unreal Engine 4:<br><br>Powered by **Unreal**™ from Epic™ **Robo Recall** is an action-packed virtual reality first-person shooter built exclusively for Oculus. Explore realistic environments as an agent tasked with recalling rogue robots while unlocking an expanding arsenal of weapons.<br>https://www.epicgames.com/roborecall/en-US/home<br><br>The Unreal Engine 4 ("Unreal4") is a cross-platform video game engine developed by Epic Games and used in video games published by Epic Games, Inc. Unreal4 utilizes rendering methods such as deferred shading/lighting and cascaded shadow maps for example, as shown below: |

| Claim 1 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| | **Rendering Overview**       Choose your OS:<br><br>The rendering system in Unreal Engine 4 is an all-new, DirectX 11 pipeline that includes deferred shading, global illumination, lit translucency, and post processing as well as GPU particle simulation utilizing vector fields.<br><br>**Deferred Shading**<br><br>All lights are applied deferred in Unreal Engine 4, as opposed to the forward lighting path used in Unreal Engine 3. Materials write out their attributes into the GBuffers, and lighting passes read in the per-pixel material properties and perform lighting with them.<br><br>https://docs.unrealengine.com/latest/INT/Engine/Rendering/Overview/ |

U.S. Patent No. 6,362,822 – Epic Games, Inc. ("Epic") – Unreal Engine Games

| Claim 1 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| | **Cascaded Shadow Maps** <br><br> **Property** / **Description** <br><br> **Dynamic Shadow Distance MovableLight** — How far **Cascaded Shadow Map** dynamic shadows will cover for a movable light, measured from the camera. <br><br> **Dynamic Shadow Distance StationaryLight** — How far **Cascaded Shadow Map** dynamic shadows will cover for a stationary light, measured from the camera. <br><br> **Num Dynamic Shadow Cascades** — Number of cascades to split the view frustum into for the whole scene. <br><br> **Cascade Distribution Exponent** — Controls whether the cascades are distributed closer to the camera (larger exponent) or further from the camera (smaller exponent). <br><br> **Cascade Transition Fraction** — Proportion of the fade region between cascades. <br><br> **Shadow Distance Fadeout Fraction** — Controls the size of the fade out region at the far extent of the dynamic shadow's influence. <br><br> **Use Inset Shadows for Movable Objects** — (Stationary lights only) Whether to use per-object inset shadows for movable components, even though cascaded shadow maps are enabled. <br><br> https://docs.unrealengine.com/en-us/Engine/Rendering/LightingAndShadows/LightTypes/Directional |

| Claim 1 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| [1.2] providing observer data of a simulated multi-dimensional scene; | Epic performs the step of "providing observer data of a simulated multi-dimensional scene."<br><br>The '822 specification teaches that, in one embodiment, observer data may include "observed color data and observed depth data associated with a plurality of modeled polygons within the scene as rendered from an observer's perspective." Col. 3:38-41.<br><br>Observed color data includes, for example, "an observed red-green-blue value for the pixel(s)," and observed depth data includes, for example, "an observed z-buffer value for the pixel(s)." Col. 3:43-46.<br><br>In the context of 3D graphics, a "camera" observes one or more objects in a simulated world. The camera captures a particular viewpoint of the world, observing specific data associated with the objects as seen from the camera's point-of-view.<br><br>Unreal Engine 4's deferred shading technique uses a geometry buffer (GBuffer) that stores material and object attributes as shown, for example, below:<br><br>## Using GBuffer Properties<br><br>A GBuffer consists of multiple textures that store material (e.g. subsurface/specular color, roughness, …) and object attributes (e.g. normal, depth) without lighting to compute shading (how light interacts with a material). In a deferred renderer, we first render the GBuffer and then compute all lighting (deferred) with the GBuffer attributes. If UE4 uses the deferred shading path (e.g. DirectX 11 or high end OpenGL), we can get access to those buffers during post processing.<br><br>https://docs.unrealengine.com/en-us/Engine/Rendering/PostProcessEffects/PostProcessMaterials |

| Claim 1 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| | **Creating the GBuffer**<br><br>Deferred shading uses the concept of a "GBuffer" (Geometry Buffer) which is a series of render targets that store different bits of information about the geometry such as the world normal, base color, roughness, etc. Unreal samples these buffers when lighting is calculated to determine the final shading. Before it gets there though, Unreal goes through a few steps to create and fill it.<br><br>The exact contents of the GBuffer can differ, the number of channels and their uses can be shuffled around depending on your project settings. A common case example is a 5 texture GBuffer, A through E. `GBufferA.rgb = World Normal`, with `PerObjectGBufferData` filling the alpha channel. `GBufferB.rgba = Metallic, Specular, Roughness, ShadingModelID`. `GBufferC.rgb` is the `BaseColor` with `GBufferAO` filling the alpha channel. `GBufferD` is dedicated to custom data and `GBufferE` is for precomputed shadow factors.<br><br>https://medium.com/@lordned/unreal-engine-4-rendering-part-4-the-deferred-shading-pipeline-389fc0175789<br><br>The geometry buffers ("GBuffer") contain "observer data" described in the spec of the '822 Patent such as "rgb" or red, blue, and green values for the given rendered scene (i.e. "GBufferA.rgb = World Normal" as illustrated above), including further details such as the shape and surface material of objects rendered in the scene. For example, as illustrated above, the GBuffer can contain observed color data such as the rendered objects, color, shape, and material characteristics i.e. how rough or "shiny" an object may appear based on the material it is "made" from. Thus, Unreal4 provides observed color data. |

| Claim 1 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---------|-------------------------------------------|
| | Inside *BasePassPixelShader.usf* the `FPixelShaderInOut MainPS` function acts as the entry point for the pixel shader. This function looks quite complicated due to the numerous preprocessor defines but is mostly filled with boilerplate code. Unreal uses several different methods to calculate the required data for the GBuffer depending on what lighting model and features you have enabled. Unless you need to change some of this boilerplate code, the first significant function is partway down where the shader gets the values for `BaseColor`, `Metallic`, `Specular`, `MaterialAO`, and `Roughness`. It does this by calling the functions declared in *MaterialTemplate.ush* and their implementations are defined by your material graph.<br><br>https://medium.com/@lordned/unreal-engine-4-rendering-part-4-the-deferred-shading-pipeline-389fc0175789<br><br>The GBuffer populates the values for the observed data from a MaterialTemplate.ush |

| Claim 1 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---------|-------------------------------------------|
| | ## Shadowed and Unshadowed Lights<br><br>Unreal draws lighting in multiple stages. Non shadow-casting lights are drawn first, and then indirect lighting (via light propegation volumes) is drawn. Finally Unreal draws all shadow casting lights. Unreal uses similar pixel shaders for shadow casting and non-shadow casting lights —the difference between them comes from additional pre-processing steps for shadow casting lights. For each light, Unreal computes a *ScreenShadowMaskTexture* which is a screenspace representation of the shadowed pixels in your scene.<br><br><br><br>A ScreenShadowMaskTexture for a simple scene with some spheres in it<br><br>https://medium.com/@lordned/unreal-engine-4-rendering-part-4-the-deferred-shading-pipeline-389fc0175789 |

| Claim 1 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
|  | To do this, Unreal renders geometry that appears to be matched to the bounding box of each object in your scene, and geometric representations of objects in your scene. It *does not re-render the objects in your scene* and instead samples the GBuffer combining the depth of a<br><br>given pixel to see if it would be in the way of a cast light shadow. Sound complicated? Don't worry, it is. The good news is that the only takeaway we need here is that each shadowed light computes a screenspace representation of what surfaces are in shadow and this data is used later!<br><br>https://medium.com/@lordned/unreal-engine-4-rendering-part-4-the-deferred-shading-pipeline-389fc0175789<br><br>As explained above, rather then "re-rendering" the shadows of rendered objects, the shadows rendered in the scene are rendered based off information contained in the GBuffer that is "combin[ed] [with] the ***depth of a given pixel*** to see if it would be in the way of a cast light shadow." (emphasis added). This is an example of Unreal4 performing calculations based on "depth data" of a given pixel. |
| [1.3] providing lighting data associated with a plurality of simulated light sources arranged to illuminate said scene, said lighting data including light image data; | Epic performs the step of "providing lighting data associated with a plurality of simulated light sources arranged to illuminate said scene, said lighting data including light image data."<br><br>"Light image **51C** includes RGB pixel data values for the light emitted, for X by Y number of pixels. For example, the data in light image **51C** can represent the intensity, color, and/or pattern of light emitted by light source #1." Col. 7:15-19. |

| Claim 1 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---------|-------------------------------------------|
|         | Unreal4 supports a variety of lights, such as directional lights, spot lights, and point lights, for example, as shown below:<br><br>**Rendering Overview**<br><br>The rendering system in Unreal Engine 4 is an all-new, DirectX 11 pipeline that includes deferred shading, global illumination, lit translucency, and post processing as well as GPU particle simulation utilizing vector fields.<br><br>**Deferred Shading**<br><br>All lights are applied deferred in Unreal Engine 4, as opposed to the forward lighting path used in Unreal Engine 3. Materials write out their attributes into the GBuffers, and lighting passes read in the per-pixel material properties and perform lighting with them.<br><br>**Lighting Paths**<br><br>There are three lighting paths in UE4:<br><br>• **Fully dynamic** - with Movable Lights<br>• **Partially static** - with Stationary Lights<br>• **Fully static** - with Static Lights<br><br>https://docs.unrealengine.com/en-us/Engine/Rendering/Overview |

| Claim 1 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| | **Lighting Basics**   Choose your OS:<br><br>**On this page:**<br>• Placing Lights<br>• Intensity<br>• Light Color<br>• Attenuation Radius<br>• Source Radius and Length<br><br>In Unreal Engine 4, there are a number of ways to add lights to a scene and there are a few key properties that have the greatest impact on lighting in the world.<br><br>https://docs.unrealengine.com/en-US/Engine/Rendering/LightingAndShadows/Basics |

| Claim 1 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---------|-------------------------------------------|
|         |  |

https://docs.unrealengine.com/en-US/Engine/Rendering/LightingAndShadows/Basics

| Claim 1 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---------|--------------------------------------------|
| | Once a light is added, you can then adjust the position and rotation of the light using the position (**W**) and rotation (**E**) widgets like any other object.<br><br><br><br>Lights are represented by these sprites in the editor. From left to right they are: **Point Light**, **Spot Light**, and **Directional Light**.<br><br><br><br>https://docs.unrealengine.com/en-US/Engine/Rendering/LightingAndShadows/Basics |

| Claim 1 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| | ## Intensity<br><br>**Brightness**      **20.0**<br><br>**Intensity** determines how much energy the light outputs into the scene.<br><br>For **Point Lights** or **Spot Lights**, this is in units of lumens, where 1700 lumens corresponds to a 100W lightbulb.<br><br>https://docs.unrealengine.com/en-US/Engine/Rendering/LightingAndShadows/Basics<br><br>A light within a scene is associated with lighting data such as, for example, color (*see, e.g.*, "RGB diffuse color") and intensity. *See, e.g.*, below. |

| Claim 1 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| |  |



**Light Color** will adjust the color of the light and the sprite that represents the light in the editor will change its color to match

https://docs.unrealengine.com/en-US/Engine/Rendering/LightingAndShadows/Basics

As explained in Claim 1.4 below, for example, a light is also associated with depth data, such as for the purpose of determining which objects are illuminated by said light.

| Claim 1 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| [1.4] for each of said plurality of light sources, comparing at least a portion of said observer data with at least a portion of said lighting data to determine if a modeled point within said scene is illuminated by said light source and storing at least a portion of said light image data associated with said point and said light source in a light accumulation buffer; and then | "[F]or each of said plurality of light sources," Epic performs the step of "comparing at least a portion of said observer data with at least a portion of said lighting data to determine if a modeled point within said scene is illuminated by said light source and storing at least a portion of said light image data associated with said point and said light source in a light accumulation buffer."<br><br>Upon information and belief, Unreal4 iterates through each light source to determine whether a modeled point is illuminated by, for example, intersecting light sources with portions of the screen to be rendered. This intersection process involves comparing the observed depth data with the lighting depth data. As shown below, for example, the Unreal4 then "[a]ccumulate[s] this lighting and stores it into a Buffers" or "Light accumulation texture[s]."<br><br>**Base Pass Pixel Shader**<br><br>Now that we know shadowed lights create a screenspace shadow texture we can go back to looking at how the base pass pixel shader works. As a reminder, this is run for each light in the scene so for any object that has multiple lights affecting it it will be run multiple times per pixel. The pixel shader can be quite simple, we'll be interested more in the functions this pixel shader calls.<br><br>https://medium.com/@lordned/unreal-engine-4-rendering-part-4-the-deferred-shading-pipeline-389fc0175789 |

| Claim 1 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| | ```
void RadialPixelMain( float4 InScreenPosition, float4 SVPos,
out float4 OutColor)
{
// Intermediate variables have been removed for brevity
FScreenSpaceData ScreenSpaceData =
GetScreenSpaceData(ScreenUV);
FDeferredLightData LightData =
SetupLightDataForStandardDeferred();

OutColor = GetDynamicLighting(WorldPosition, CameraVector,
ScreenSpaceData.GBuffer, ScreenSpaceData.AmbientOcclusion,
ScreenSpaceData.GBuffer.ShadingModelID, LightData,
GetPerPixelLightAttenuation(ScreenUV), Dither, Random);

OutColor *= ComputeLightProfileMultiplier(WorldPosition,
DeferredLightUniforms_LightPosition,
DeferredLightUniforms_NormalizedLightDirection);
}
``` <br><br> There's only a couple of functions so we'll hop through what each one does. `GetScreenSpaceData` retrieves the information from the GBuffer for a given pixel. `SetupLightDataForStandardDeferred` calculates information such as the light direction, light color, falloff, etc. Finally, it calls `GetDynamicLighting` and passes in all of the data we've calculated so far—where the pixel is, what the GBuffer data is, what Shading Model ID to use, and our light's information. <br><br> https://medium.com/@lordned/unreal-engine-4-rendering-part-4-the-deferred-shading-pipeline-389fc0175789 |

| Claim 1 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| | Now that we've determined the shadow factor for both surface and subsurface data we calculate light attenuation. Attenuation is effectively the falloff in energy based on the distance from the light and can be modified to create different effects, ie: Toon shading often removes Attenuation from the calculation so that your distance to a light source doesn't matter. Unreal calculates `SurfaceAttenuation` and `SubsurfaceAttenuation` separately based on distance, light radius and falloff, and our shadow term. **Shadowing is combined with attenuation,** which means our future calculations only take *attenuation strength* into account.<br><br>Finally we calculate our Surface Shading for this pixel. **Surface Shading takes the GBuffer, Surface Roughness, Area Light Specular, Light Direction, View Direction, and Normal** into account. Roughness is determined by our GBuffer data. Area Light Specular uses physically based rendering (based on our light data and roughness) to calculate a new energy value and can modify the roughness and light vector.<br><br>https://medium.com/@lordned/unreal-engine-4-rendering-part-4-the-deferred-shading-pipeline-389fc0175789 |

| Claim 1 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| | **Accumulated Light**<br><br>Because the *BasePassPixelShaders* are run for every light that affects an object, Unreal accumulates this lighting and stores it in a buffer. This buffer isn't even drawn to the screen until several steps later in the `ResolveSceneColor` step. Several additional things are calculated before that such as translucent objects (which are drawn using traditional forward rendering techniques), screen space temporal anti aliasing and screen space reflections.<br><br>https://medium.com/@lordned/unreal-engine-4-rendering-part-4-the-deferred-shading-pipeline-389fc0175789 |

| Claim 1 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| | Surface Shading finally gives us a chance to modify how each surface responds to this data. This function is located in *ShadingModels.ush* and is just a big switch statement that looks at our ShadingModel ID that was written into the GBuffer way earlier! Many of the lighting models share a standard shading function, but some of the more unusual shading models use their own custom implementations. **Surface Shading does not take attenuation into account,** so it only deals with calculating the color of the surface without shadows.<br><br>Attenuation (which is distance + shadow) isn't taken into account until the Light Accumulator is run. The Light Accumulator takes the surface lighting and attenuation into account and adds together surface and sub-surface lighting correctly after multiplying them by the light attenuation value.<br><br>Finally the Dynamic Lighting function returns the total light accumulated by the Light Accumulator. In practice this is just surface + subsurface lighting but the code is complicated by subsurface properties and debug options.<br><br>https://medium.com/@lordned/unreal-engine-4-rendering-part-4-the-deferred-shading-pipeline-389fc0175789<br><br>Upon information and belief, this claim limitation is implemented at least in part in software, for which source code is not publicly available. Plaintiff will supplement these contentions to identify the source code corresponding to this limitation following production of the relevant source code by Defendant. |

| Claim 1 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| [1.5] combining at least a portion of said light accumulation buffer with said observer data; and | Epic performs the step of "combining at least a portion of said light accumulation buffer with said observer data."<br><br>On information and belief, Unreal4 combines the accumulated light with the observer data such as, for example, in the "`ResolveSceneColor` step" as shown below:<br><br>**Accumulated Light**<br><br>Because the *BasePassPixelShaders* are run for every light that affects an object, Unreal accumulates this lighting and stores it in a buffer. This buffer isn't even drawn to the screen until several steps later in the `ResolveSceneColor` **step**. Several additional things are calculated before that such as translucent objects (which are drawn using traditional forward rendering techniques), screen space temporal anti aliasing and screen space reflections.<br><br>https://medium.com/@lordned/unreal-engine-4-rendering-part-4-the-deferred-shading-pipeline-389fc0175789<br><br>Upon information and belief, this claim limitation is implemented at least in part in software, for which source code is not publicly available. Plaintiff will supplement these contentions to identify the source code corresponding to this limitation following production of the relevant source code by Defendant. |
| [1.6] displaying resulting image data to a computer screen. | On information and belief, Epic performs the step of "displaying resulting image data to a computer screen," such as, for example, when testing a video game running the Unreal 4 Engine such as Hidden Agenda for the Playstation 4 Console.<br><br>Upon information and belief, this claim limitation is implemented at least in part in software, for which source code is not publicly available. Plaintiff will supplement these contentions to identify the source code corresponding to this limitation following production of the relevant source code by Defendant. |

| Claim 2 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| 2. The method as recited in claim 1, wherein said observer data includes observed color data and observed depth data associated with a plurality of modeled polygons within said scene as rendered from an observer's perspective. | Epic performs "the method as recited in claim 1, wherein said observer data includes observed color data and observed depth data associated with a plurality of modeled polygons within said scene as rendered from an observer's perspective."<br><br>Observed color data includes, for example, "an observed red-green-blue value for the pixel(s)," and observed depth data includes, for example, "an observed z-buffer value for the pixel(s)." Col. 3:43-46 ('822 patent).<br><br>For example, In the context of 3D graphics, a "camera" observes one or more objects in a simulated world. The camera captures a particular viewpoint of the world, observing specific data associated with the objects as seen from the camera's point-of-view.<br><br>Unreal Engine 4's deferred shading technique uses a geometry buffer (GBuffer) that stores material and object attributes as shown, for example, below:<br><br>## Using GBuffer Properties<br><br>A GBuffer consists of multiple textures that store material (e.g. subsurface/specular color, roughness, …) and object attributes (e.g. normal, depth) without lighting to compute shading (how light interacts with a material). In a deferred renderer, we first render the GBuffer and then compute all lighting (deferred) with the GBuffer attributes. If UE4 uses the deferred shading path (e.g. DirectX 11 or high end OpenGL), we can get access to those buffers during post processing.<br><br>https://docs.unrealengine.com/en-us/Engine/Rendering/PostProcessEffects/PostProcessMaterials |

| Claim 2 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
|  | ## Creating the GBuffer<br><br>Deferred shading uses the concept of a "GBuffer" (Geometry Buffer) which is a series of render targets that store different bits of information about the geometry such as the world normal, base color, roughness, etc. Unreal samples these buffers when lighting is calculated to determine the final shading. Before it gets there though, Unreal goes through a few steps to create and fill it.<br><br>The exact contents of the GBuffer can differ, the number of channels and their uses can be shuffled around depending on your project settings. A common case example is a 5 texture GBuffer, A through E. `GBufferA.rgb = World Normal`, with `PerObjectGBufferData` filling the alpha channel. `GBufferB.rgba = Metallic, Specular, Roughness, ShadingModelID`. `GBufferC.rgb` is the `BaseColor` with `GBufferAO` filling the alpha channel. `GBufferD` is dedicated to custom data and `GBufferE` is for precomputed shadow factors.<br><br>https://medium.com/@lordned/unreal-engine-4-rendering-part-4-the-deferred-shading-pipeline-389fc0175789<br><br>The geometry buffers ("GBuffer") contain "observer data" described in the spec of the '822 Patent such as "rgb" or red, blue, and green values for the given rendered scene (i.e. "GBufferA.rgb = World Normal" as illustrated above), including further details such as the shape and surface material of objects rendered in the scene. For example, as illustrated above, the GBuffer can contain observed color data such as the rendered objects, color, shape, and material characteristics i.e. how rough or "shiny" an object may appear based on the material it is "made" from. Thus, Unreal4 provides observed color data. |

| Claim 2 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| | Inside *BasePassPixelShader.usf* the `FPixelShaderInOut MainPS` function acts as the entry point for the pixel shader. This function looks quite complicated due to the numerous preprocessor defines but is mostly filled with boilerplate code. Unreal uses several different methods to calculate the required data for the GBuffer depending on what lighting model and features you have enabled. Unless you need to change some of this boilerplate code, the first significant function is partway down where the shader gets the values for `BaseColor`, `Metallic`, `Specular`, `MaterialAO`, and `Roughness`. It does this by calling the functions declared in *MaterialTemplate.ush* and their implementations are defined by your material graph. |

https://medium.com/@lordned/unreal-engine-4-rendering-part-4-the-deferred-shading-pipeline-389fc0175789

The GBuffer populates the values for the observed data from a MaterialTemplate.ush

To do this, Unreal renders geometry that appears to be matched to the bounding box of each object in your scene, and geometric representations of objects in your scene. It *does not re-render the objects in your scene* and instead samples the GBuffer combining the depth of a

| Claim 2 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
|  | given pixel to see if it would be in the way of a cast light shadow. Sound complicated? Don't worry, it is. The good news is that the only takeaway we need here is that each shadowed light computes a screenspace representation of what surfaces are in shadow and this data is used later!<br><br>https://medium.com/@lordned/unreal-engine-4-rendering-part-4-the-deferred-shading-pipeline-389fc0175789<br><br>As explained above, rather then "re-rendering" the shadows of rendered objects, the shadows rendered in the scene are rendered based off information contained in the GBuffer that is "combin[ed] [with] the ***depth of a given pixel*** to see if it would be in the way of a cast light shadow." (emphasis added). This is an example of Unreal4 performing calculations based on "depth data" of a given pixel.<br><br>## Camera<br><br>The **Camera** represents the player's point of view; how the player sees the world. For this reason, cameras only have relevance to human-controlled players. The **PlayerController** specifies a camera class and instantiates a Camera Actor which is used to calculate the position and orientation the player views the world from.<br><br>https://docs.unrealengine.com/en-us/Gameplay/Framework/Camera<br><br>The "observer's perspective" is defined according to the camera, which represents the player's point of view, as explained in above article. |

| Claim 2 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| |  **Objects** The base building blocks in the Unreal Engine are called **Objects** and contain a lot of the essential "under the hood" functionality for your game assets. Just about everything in Unreal Engine 4 inherits (or gets some functionality) from an Object. In C++, UObject is the base class of all objects; it implements features such as garbage collections, metadata (UProperty) support for exposing variables to the Unreal Editor, and serialization for loading and saving. For more information, see: Unreal Projects and Gameplay, Gameplay Programming https://docs.unrealengine.com/en-us/GettingStarted/Terminology Each scene consists of a plurality of objects with their own individual properties such as color, depth etc. |

| Claim 3 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| 3. The method as recited in claim 2, wherein said plurality of modeled polygons within said scene are associated with at least one pixel on said computer screen, such that said observed color data includes an observed red-green-blue value for said pixel and said observed depth data includes an observed z-buffer value for said pixel. | Epic performs "the method as recited in claim 2, wherein said plurality of modeled polygons within said scene are associated with at least one pixel on said computer screen, such that said observed color data includes an observed red-green-blue value for said pixel and said observed depth data includes an observed z-buffer value for said pixel."<br><br>According to the '822 patent, "As with the real World, these virtual 3D worlds consist of a plurality of 3D objects. These 3D objects are typically modeled by one or more polygons." Col. 1: 25-27.<br><br>Z-buffer value is a indication of depth information of each pixel as stated in the '822 patent, "Camera depth 51B is a Z-buffer containing depth information for each of the X by Y number of pixels in camera image 51A." Col. 3: 10-12.<br><br>For example, each scene rendered using the Unreal Engine 4 consists of one or more objects. Each object, when it is displayed on the output is associated with "at least one pixel". |

| Claim 3 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| |  **Objects** The base building blocks in the Unreal Engine are called **Objects** and contain a lot of the essential "under the hood" functionality for your game assets. Just about everything in Unreal Engine 4 inherits (or gets some functionality) from an Object. In C++, `UObject` is the base class of all objects; it implements features such as garbage collections, metadata (`UProperty`) support for exposing variables to the Unreal Editor, and serialization for loading and saving. For more information, see: Unreal Projects and Gameplay, Gameplay Programming <br><br> https://docs.unrealengine.com/en-us/GettingStarted/Terminology <br><br> Each pixel displayed on the screen can be viewed using the Pixel Inspector functionality of Unreal Engine 4. |

| Claim 3 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| | |

| Option | Description |
|---|---|
| Viewport ID | Displays the ID of which viewport the Pixel Inspector is drawing from. |
| Coordinate | Displays the X/Y coordinates from the current inspection (can be manually set). |
| **Final Color** | |
| Context Colors | Displays the Context Colors associated with the current inspection. |
| Final Color | Final RGBA 8bits Color after tone mapping (default value is black). |
| **Scene Color** | |
| Scene Color | The RGB Scene Color applied from the current inspection. |

https://docs.unrealengine.com/en-us/Engine/Tools/DevTools/PixelInspector

As shown above, the final color of the pixel is determined according to red, green and blue (RGB) values – wherein each unique combination of the RGB values results in a unique color.

| Claim 3 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| | **PixelDepth**<br><br>The **PixelDepth** expression outputs the depth, or distance from the camera, of the pixel currently being rendered.<br><br><br><br>Result       Network (Click for full size)<br><br>https://docs.unrealengine.com/en-us/Engine/Rendering/Materials/ExpressionReference/Depth#pixeldepth<br><br>Further, the depth of each pixel is defined via the PixelDepth property in Unreal Engine 4.<br><br>Unreal Engine 4 introduced a new depth buffer along with their PBR rendering system. It's called "Custom Depth" and can be used for effects like the selection outline that is built-in the Editor, rendering of occluded meshes or custom culling of transparency. I will discuss some of the basics of using this buffer in the material editor and explain some of the features I used it for in my own projects.<br><br>http://www.tomlooman.com/the-many-uses-of-custom-depth-in-unreal-4/#Rendering_Object_Outlines<br><br>As shown in above figure, "Custom Depth" is a depth buffer that can be used for storing "depth data" of pixels. |

| Claim 4 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| 4. The method as recited in claim 2, wherein said lighting data includes source color data associated with at least one of said light sources and source depth data associated with said plurality of modeled polygons within said scene as rendered from a plurality of different light source's perspectives. | Epic performs "the method as recited in claim 2, wherein said lighting data includes source color data associated with at least one of said light sources and source depth data associated with said plurality of modeled polygons within said scene as rendered from a plurality of different light source's perspectives."<br><br>A light within a scene is associated with lighting data such as, for example, color (*see, e.g.*, "RGB diffuse color") and intensity. *See, e.g.*, below. |

| Claim 4 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---------|-------------------------------------------|
|         |  https://docs.unrealengine.com/en-US/Engine/Rendering/LightingAndShadows/Basics |

| Claim 4 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---------|-------------------------------------------|
| | Unreal4 also uses depth data to determine which objects will be affected by a light source. Upon information and belief, this involves rendering of objects from the perspective of different light sources. <br><br> Upon information and belief, Unreal4 iterates through each light source to determine whether a modeled point is illuminated by, for example, intersecting light sources with portions of the screen to be rendered. This intersection process involves comparing the observed depth data with the lighting depth data. As shown below, for example, the Unreal4 then "[a]ccumulate[s] this lighting and stores it into a Buffers" or "Light accumulation texture[s]." <br><br> **Base Pass Pixel Shader** <br><br> Now that we know shadowed lights create a screenspace shadow texture we can go back to looking at how the base pass pixel shader works. As a reminder, this is run for each light in the scene so for any object that has multiple lights affecting it it will be run multiple times per pixel. The pixel shader can be quite simple, we'll be interested more in the functions this pixel shader calls. <br><br> https://medium.com/@lordned/unreal-engine-4-rendering-part-4-the-deferred-shading-pipeline-389fc0175789 |

| Claim 4 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---------|-------------------------------------------|
| | ```
void RadialPixelMain( float4 InScreenPosition, float4 SVPos,
out float4 OutColor)
{
// Intermediate variables have been removed for brevity
FScreenSpaceData ScreenSpaceData =
GetScreenSpaceData(ScreenUV);
FDeferredLightData LightData =
SetupLightDataForStandardDeferred();

OutColor = GetDynamicLighting(WorldPosition, CameraVector,
ScreenSpaceData.GBuffer, ScreenSpaceData.AmbientOcclusion,
ScreenSpaceData.GBuffer.ShadingModelID, LightData,
GetPerPixelLightAttenuation(ScreenUV), Dither, Random);

OutColor *= ComputeLightProfileMultiplier(WorldPosition,
DeferredLightUniforms_LightPosition,
DeferredLightUniforms_NormalizedLightDirection);
}
``` <br><br> There's only a couple of functions so we'll hop through what each one does. `GetScreenSpaceData` retrieves the information from the GBuffer for a given pixel. `SetupLightDataForStandardDeferred` calculates information such as the light direction, light color, falloff, etc. Finally, it calls `GetDynamicLighting` and passes in all of the data we've calculated so far—where the pixel is, what the GBuffer data is, what Shading Model ID to use, and our light's information. <br><br> https://medium.com/@lordned/unreal-engine-4-rendering-part-4-the-deferred-shading-pipeline-389fc0175789 |

| Claim 4 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| | Now that we've determined the shadow factor for both surface and subsurface data we calculate light attenuation. Attenuation is effectively the falloff in energy based on the distance from the light and can be modified to create different effects, ie: Toon shading often removes Attenuation from the calculation so that your distance to a light source doesn't matter. Unreal calculates `SurfaceAttenuation` and `SubsurfaceAttenuation` separately based on distance, light radius and falloff, and our shadow term. **Shadowing is combined with attenuation**, which means our future calculations only take *attenuation strength* into account.<br><br>Finally we calculate our Surface Shading for this pixel. **Surface Shading takes the GBuffer, Surface Roughness, Area Light Specular, Light Direction, View Direction, and Normal** into account. Roughness is determined by our GBuffer data. Area Light Specular uses physically based rendering (based on our light data and roughness) to calculate a new energy value and can modify the roughness and light vector.<br><br>https://medium.com/@lordned/unreal-engine-4-rendering-part-4-the-deferred-shading-pipeline-389fc0175789 |

| Claim 4 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---------|-------------------------------------------|
|         | **Accumulated Light**<br><br>Because the *BasePassPixelShaders* are run for every light that affects an object, Unreal accumulates this lighting and stores it in a buffer. This buffer isn't even drawn to the screen until several steps later in the `ResolveSceneColor` step. Several additional things are calculated before that such as translucent objects (which are drawn using traditional forward rendering techniques), screen space temporal anti aliasing and screen space reflections.<br><br>https://medium.com/@lordned/unreal-engine-4-rendering-part-4-the-deferred-shading-pipeline-389fc0175789 |

| Claim 4 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| | Surface Shading finally gives us a chance to modify how each surface responds to this data. This function is located in *ShadingModels.ush* and is just a big switch statement that looks at our ShadingModel ID that was written into the GBuffer way earlier! Many of the lighting models share a standard shading function, but some of the more unusual shading models use their own custom implementations. **Surface Shading does not take attenuation into account,** so it only deals with calculating the color of the surface without shadows. Attenuation (which is distance + shadow) isn't taken into account until the Light Accumulator is run. The Light Accumulator takes the surface lighting and attenuation into account and adds together surface and sub-surface lighting correctly after multiplying them by the light attenuation value. Finally the Dynamic Lighting function returns the total light accumulated by the Light Accumulator. In practice this is just surface + subsurface lighting but the code is complicated by subsurface properties and debug options. https://medium.com/@lordned/unreal-engine-4-rendering-part-4-the-deferred-shading-pipeline-389fc0175789 Upon information and belief, this claim limitation is implemented at least in part in software, for which source code is not publicly available. Pursuant to P.R. 3-1(g), Plaintiff will supplement these contentions to identify the source code corresponding to this limitation following production of the relevant source code by Defendant. |

| Claim 5 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| 5. The method as recited in claim 4, wherein said plurality of modeled polygons within said scene are associated with at least one pixel on said computer screen, such that said source color data includes a source red-green-blue value for said pixel and said source depth data includes a source z-buffer value for said pixel. | Epic performs "the method as recited in claim 4, wherein said plurality of modeled polygons within said scene are associated with at least one pixel on said computer screen, such that said source color data includes a source red-green-blue value for said pixel and said source depth data includes a source z-buffer value for said pixel." <br><br> For example, each object in a scene on appearing on the output gets associated with at least one pixel as to get displayed. <br><br> Further, each pixel displayed on the screen can be viewed using the Pixel Inspector functionality of Unreal Engine 4. <br><br> <table><tr><td>**Option**</td><td>**Description**</td></tr><tr><td>**Viewport ID**</td><td>Displays the ID of which viewport the Pixel Inspector is drawing from.</td></tr><tr><td>**Coordinate**</td><td>Displays the X/Y coordinates from the current inspection (can be manually set).</td></tr><tr><td>**Final Color**</td><td></td></tr><tr><td>**Context Colors**</td><td>Displays the Context Colors associated with the current inspection.</td></tr><tr><td>**Final Color**</td><td>Final RGBA 8bits Color after tone mapping (default value is black).</td></tr><tr><td>**Scene Color**</td><td></td></tr><tr><td>**Scene Color**</td><td>The RGB Scene Color applied from the current inspection.</td></tr></table> <br><br> https://docs.unrealengine.com/en-us/Engine/Tools/DevTools/PixelInspector |

| Claim 5 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| | As shown above, the final color of the pixel is determined according to red, green and blue (RGB) values – wherein each unique combination of the RGB values results in a unique color. |

### PixelDepth

The **PixelDepth** expression outputs the depth, or distance from the camera, of the pixel currently being rendered.



Result                    Network (Click for full size)

https://docs.unrealengine.com/en-us/Engine/Rendering/Materials/ExpressionReference/Depth#pixeldepth

The depth of each pixel is defined using the PixelDepth property in Unreal Engine 4.

Unreal Engine 4 introduced a new depth buffer along with their PBR rendering system. It's called "Custom Depth" and can be used for effects like the selection outline that is built-in the Editor, rendering of occluded meshes or custom culling of transparency. I will discuss some of the basics of using this buffer in the material editor and explain some of the features I used it for in my own projects.

http://www.tomlooman.com/the-many-uses-of-custom-depth-in-unreal-4/#Rendering_Object_Outlines

As shown in above figure, "Custom Depth" is a depth buffer that can be used for storing "depth data" of pixels.

| Claim 6 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| 6. The method as recited in claim 4, wherein the step of comparing at least a portion of said observer data with at least a portion of said lighting data to determine if a modeled point within said scene is illuminated by said light source further includes comparing at least a portion of said observed depth data with at least a portion of said source depth data to determine if said modeled point is illuminated by said light source. | Epic performs "the method as recited in claim 4, wherein the step of comparing at least a portion of said observer data with at least a portion of said lighting data to determine if a modeled point within said scene is illuminated by said light source further includes comparing at least a portion of said observed depth data with at least a portion of said source depth data to determine if said modeled point is illuminated by said light source."<br><br>For example, Unreal Engine 4 calculates the effect of each light source on an object using the Base Pass Pixel Shader. As shown below, the function GetDynamicLighting uses arguments including at least WorldPosition, CameraVector and LightData to calculate whether or not the object will be affected by the particular light source. This process is repeated for each light source and the results are stored in the light accumulation buffer.<br><br>**Base Pass Pixel Shader**<br><br>Now that we know shadowed lights create a screenspace shadow texture we can go back to looking at how the base pass pixel shader works. As a reminder, this is run for each light in the scene so for any object that has multiple lights affecting it it will be run multiple times per pixel. The pixel shader can be quite simple, we'll be interested more in the functions this pixel shader calls. |

| Claim 6 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---------|-------------------------------------------|
| | ```void RadialPixelMain( float4 InScreenPosition, float4 SVPos, out float4 OutColor) { // Intermediate variables have been removed for brevity FScreenSpaceData ScreenSpaceData = GetScreenSpaceData(ScreenUV); FDeferredLightData LightData = SetupLightDataForStandardDeferred(); OutColor = GetDynamicLighting(WorldPosition, CameraVector, ScreenSpaceData.GBuffer, ScreenSpaceData.AmbientOcclusion, ScreenSpaceData.GBuffer.ShadingModelID, LightData, GetPerPixelLightAttenuation(ScreenUV), Dither, Random); OutColor *= ComputeLightProfileMultiplier(WorldPosition, DeferredLightUniforms_LightPosition, DeferredLightUniforms_NormalizedLightDirection); }``` <br><br> https://medium.com/@lordned/unreal-engine-4-rendering-part-4-the-deferred-shading-pipeline-389fc0175789 |

| Claim 6 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| | **Accumulated Light**<br><br>Because the *BasePassPixelShaders* are run for every light that affects an object, Unreal accumulates this lighting and stores it in a buffer. This buffer isn't even drawn to the screen until several steps later in the `ResolveSceneColor` step. Several additional things are calculated before that such as translucent objects (which are drawn using traditional forward rendering techniques), screen space temporal anti aliasing and screen space reflections.<br><br>https://medium.com/@lordned/unreal-engine-4-rendering-part-4-the-deferred-shading-pipeline-389fc0175789 |

| Claim 7 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| 7. The method as recited in claim 6, wherein the step of comparing at least a portion of said observed depth data with at least a portion of said source depth data to determine if said modeled point is illuminated by said light source further includes converting at least a portion of said observed depth data from said observer's perspective to at least one of said plurality of different light source's perspectives, before comparing said observed depth data with said source depth data. | Epic performs "the method as recited in claim 6, wherein the step of comparing at least a portion of said observed depth data with at least a portion of said source depth data to determine if said modeled point is illuminated by said light source further includes converting at least a portion of said observed depth data from said observer's perspective to at least one of said plurality of different light source's perspectives, before comparing said observed depth data with said source depth data."<br><br>For example, Unreal Engine 4 calculates the effect of each light source on an object using the Base Pass Pixel Shader.<br>As shown below, the function GetDynamicLighting uses WorldPosition, CameraVector, LightData etc. to calculate whether or not the object will be affected by a particular light source. This process is repeated for each light source and the results are stored in the light accumulation buffer. |

| Claim 7 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| | **Base Pass Pixel Shader**<br><br>Now that we know shadowed lights create a screenspace shadow texture we can go back to looking at how the base pass pixel shader works. As a reminder, this is run for each light in the scene so for any object that has multiple lights affecting it it will be run multiple times per pixel. The pixel shader can be quite simple, we'll be interested more in the functions this pixel shader calls.<br><br><pre>void RadialPixelMain( float4 InScreenPosition, float4 SVPos, out float4 OutColor)<br>{<br>// Intermediate variables have been removed for brevity<br>FScreenSpaceData ScreenSpaceData = GetScreenSpaceData(ScreenUV);<br>FDeferredLightData LightData = SetupLightDataForStandardDeferred();<br><br>OutColor = GetDynamicLighting(WorldPosition, CameraVector,<br>ScreenSpaceData.GBuffer, ScreenSpaceData.AmbientOcclusion,<br>ScreenSpaceData.GBuffer.ShadingModelID, LightData,<br>GetPerPixelLightAttenuation(ScreenUV), Dither, Random);<br><br>OutColor *= ComputeLightProfileMultiplier(WorldPosition,<br>DeferredLightUniforms_LightPosition,<br>DeferredLightUniforms_NormalizedLightDirection);<br>}</pre><br>https://medium.com/@lordned/unreal-engine-4-rendering-part-4-the-deferred-shading-pipeline-389fc0175789 |

| Claim 7 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---------|-------------------------------------------|
| | **Accumulated Light**<br><br>Because the *BasePassPixelShaders* are run for every light that affects an object, Unreal accumulates this lighting and stores it in a buffer. This buffer isn't even drawn to the screen until several steps later in the `ResolveSceneColor` step. Several additional things are calculated before that such as translucent objects (which are drawn using traditional forward rendering techniques), screen space temporal anti aliasing and screen space reflections.<br><br>https://medium.com/@lordned/unreal-engine-4-rendering-part-4-the-deferred-shading-pipeline-389fc0175789<br><br>Further, upon information and belief, Unreal Engine 4 converts the observed depth data from observer's perspective to the light source's perspective to determine if the modeled point is illuminated by the light source.<br><br>Upon information and belief, this claim limitation is implemented at least in part in software, for which source code is not publicly available. Pursuant to P.R. 3-1(g), Plaintiff will supplement these contentions to identify the source code corresponding to this limitation following production of the relevant source code by Defendant. |

| Claim 8 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| 8. The method as recited in claim 7, wherein the step of converting at least a portion of said observed depth data from said observer's perspective to at least one of said plurality of different light source's perspectives further includes using a precalculated matrix transformation look-up table for at least one of said plurality of light sources, when said light source has a fixed perspective of said scene. | Epic performs "the method as recited in claim 7, wherein the step of converting at least a portion of said observed depth data from said observer's perspective to at least one of said plurality of different light source's perspectives further includes using a precalculated matrix transformation look-up table for at least one of said plurality of light sources, when said light source has a fixed perspective of said scene." <br><br> According to the '822 patent, "transformation table #1 can be precalculated and populated with data using known matrix algebra relationships between the world space coordinate system 20 and the light source #1 and camera 14 perspectives." Col. 8: 5-8. <br><br> Upon information and belief, Unreal Engine 4 uses a precalculated matrix transformation look-up table for at least one of the said plurality of light sources when said light source has a fixed perspective of said scene, in order to convert the observed depth data from observer's perspective to the perspective of a light source. <br><br> Upon information and belief, this claim limitation is implemented at least in part in software, for which source code is not publicly available. Pursuant to P.R. 3-1(g), Plaintiff will supplement these contentions to identify the source code corresponding to this limitation following production of the relevant source code by Defendant. |

| Claim 9 | Unreal Engine 4 – *Fortnite, Robo Recall* |
|---|---|
| 9. The method as recited in claim 4, wherein at least a portion of said source color data is selectively controlled source color data that can be changed over a period of time during which at least the step of displaying resulting image data to said computer screen is repeated a plurality of times. | Epic performs "the method as recited in claim 4, wherein at least a portion of said source color data is selectively controlled source color data that can be changed over a period of time during which at least the step of displaying resulting image data to said computer screen is repeated a plurality of times."<br><br>For example, Unreal Engine 4 allows the implementation of dynamic lights in the form of "Movable Lights", as shown below.<br><br><br><br><br><br>**Movable Lights** cast completely dynamic light and shadows, can change position, rotation, color, brightness, falloff, radius, and just about every other property they have. None of the light they cast gets baked into the light maps, and currently they cannot have any indirect lighting.<br><br>https://docs.unrealengine.com/en-US/Engine/Rendering/LightingAndShadows/LightMobility/DynamicLights<br><br>Upon information and belief, each dynamic (movable) light is rendered a plurality of times in order to update its effect on the surrounding objects in the scene and produce an accurate output.<br><br>Upon information and belief, this claim limitation is implemented at least in part in software, for which source code is not publicly available. Plaintiff will supplement these contentions to identify the source code corresponding to this limitation following production of the relevant source code by Defendant. |