IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CV-00516-BR

| | |
|---|---|
| INFERNAL TECHNOLOGY, LLC and TERMINAL REALITY, INC., | |
| *Plaintiffs,* | **ORDER GRANTING MOTION TO SEAL DKTS. 66 AND 67** |
| v. | |
| EPIC GAMES, INC., | |
| *Defendant.* | |

The Court, having considered the Motion to Seal Dkts. 66 and 67 filed by Plaintiffs Infernal Technology, LLC, and Terminal Reality, Inc., hereby grants the motion. The Court finds that the common law presumption of access is overcome by Plaintiffs' interest in keeping confidential business and commercial documents from disclosure. Additionally, the Court finds that the alternatives to sealing the documents are inadequate as the documents contain frequent reference to confidential information, such information being integral in ruling on motions submitted by the Parties.

It is, therefore, ORDERED that Plaintiffs' Motion to Seal Dkts. 66 and 67 is GRANTED and Dkts. 66 and 67 are hereby ORDERED permanently sealed.

Dated: September 30, 2020

_____
Robert T. Numbers, II
United States Magistrate Judge