IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CV-00516-BR

| | |
|---|---|
| INFERNAL TECHNOLOGY, LLC and <br> TERMINAL REALITY, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> EPIC GAMES, INC., <br><br> *Defendant.* | **ORDER GRANTING MOTION TO SEAL DKT. 77** |

The Court, having considered the Motion to Seal Dkt. 77 filed by Plaintiffs Infernal Technology, LLC, and Terminal Reality, Inc., hereby grants the motion. The Court finds that the common law presumption of access is overcome by Plaintiffs' interest in keeping confidential business and commercial information from disclosure. Additionally, the Court finds that the alternatives to sealing the documents are inadequate as the confidential information is integral in ruling on motions submitted by the Parties.

It is, therefore, ORDERED that Plaintiffs' Motion to Seal Dkt. 77 is GRANTED and Dkt. 77 is hereby ORDERED permanently sealed.

Dated: September 30, 2020

_____
Robert T. Numbers, II
United States Magistrate Judge